[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 13, 2005
THOMAS K. KAHN
CLERK

No. 05-11291
Non-Argument Calendar

_____

D. C. Docket No. 03-00093-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DUNCAN A. WALTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 13, 2005)

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

Jonathan W. Dingus, appointed counsel for Duncan A. Walton, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Walton's conviction and sentence is **AFFIRMED**.